1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CATLIN SYNDICATE LIMITED, | Case No. 8:21-cv-1285-JLS-KES |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SUGARED AND BRONZED LLC (aka SUGARED + BRONZED LLC), | |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a) (Doc. 54), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close this file.

Dated:  July 2, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE